763 P.2d 983

STATE of Arizona, Appellee,

v.

Curtis Oliver RENFORTH, Appellant.

No. CR–87–0199–PR.

Supreme Court of Arizona.

Oct. 19, 1988.

Robert K. Corbin, Atty. Gen., William J. Schafer III, Diane M. Ramsey and Paul J. McMurdie, Phoenix, for State.

Dean W. Trebesch, Maricopa County Public Defender, Stephen M.R. Rempe and Stephen R. Collins, Tom Collins, Maricopa Co. Atty., Phoenix, for appellant.

## ORDER

ORDERED: That the order of November 17, 1987, granting Petition for Review is vacated due to our decision in *State v. King,* 158 Ariz. 419, 763 P.2d 239 (1988).

FURTHER ORDERED: That the Petition for Review is denied.